SOPHIE WEMPLE et al., complainants-respondents,

*v.*

B. F. GOODRICH COMPANY, defendant-appellant.

[Submitted May term, 1939. Decided September 22, 1939.]

*Messrs. Insley, Decker & Cross (Mr. William E. Decker),* for the defendant-appellant.

*Messrs. Milberg & Milberg (Mr. Henry Milberg),* for the complainant-respondent.

The opinion of the court was delivered by

BODINE, J.

The defendant appeals from a decree directing the specific performance of an agreement bearing date December 20th, 1935, calling for the transfer of certain judgments for a sum certain to be paid as specified. The amount to be paid was less than the face value of the judgments.

Such a contract, if breached, called for money damages only and is not within the jurisdiction of a court of equity to specifically perform. The damages for the breach of such a contract being easily ascertainable and recoverable at law, equitable relief should have been withheld. *Curlice Bros. Co.* v. *Catts, 72 N. J. Eq. 831; Burr* v. *Bloomsburg, 101 N. J. Eq. 615.*

The decree is, therefore, reversed with costs to the end that the bill may be dismissed.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   14.